STATE EX REL. GREEN, RESPONDENT, *v.* WRIGHT, APPEL-
LANT.

(No. 4,463.)

(Submitted September 21, 1921. Decided October 10, 1921.)

[201 Pac. 316.]

*Intoxicating Liquors—Wrongful Seizure—Void Search-warrant
—New Trial Unauthorized.*

Intoxicating Liquors—Wrongful Seizure—Void Search-warrant—Return of
Liquors.
   1. Judgment declaring a quantity of whiskey seized under a void
search-warrant forfeited and ordering it destroyed, reversed upon
authority of Samlin v. District Court, 59 Mont. 600, 198 Pac. 362,
with directions to the trial court to dismiss the proceeding instituted
under the Prohibition Enforcement Act (Chap. 143, Laws 1917), and
order the sheriff to return to the claimant the articles seized.

Same—New Trial—Motion Unauthorized.
   2. In a search-warrant proceeding instituted under the provisions
of the Prohibition Enforcement Act, a motion for a new trial is
unauthorized.

*Appeals from District Court, Missoula County; R. Lee Mc-
Culloch, Judge.*

SEARCH-WARRANT proceeding instituted by the state on the
relation of J. T. Green against M. F. Wright. Judgment for
plaintiff. Defendant appeals from the judgment on an order
denying him a new trial. Appeal from order dismissed. Judg-
ment reversed.

*Mr. Harry H. Parsons* and *Mr. Thomas N. Marlowe,* for
Appellants, submitted a brief; *Mr. Marlowe* argued the cause
orally.

*Mr. S. C. Ford,* Attorney General, *Mr. Frank Woody* and
*Mr. Carl E. Cameron,* Assistant Attorneys General, submitted
a brief; *Mr. L. A. Foot,* Assistant Attorney General, argued
the cause orally.

Opinion: PER CURIAM.

This case is a search-warrant preceeding, instituted in the
[1]  district court of Missoula county under the provisions
of the Prohibition Enforcement Act (Laws 1917, Chap. 143).
It came before this court on appeal by defendant and claim-
ant from the final judgment rendered by the court after
a hearing upon the return by the sheriff of the warrant de-
claring forfeited a quantity of whiskey seized thereunder and
ordering it destroyed, and an attempted appeal from an order
denying a motion for a new trial.

The appeal from the order denying the motion is dismissed,
[2]  for the reason that a motion for a new trial in such pro-
ceedings is not authorized. The appeal from the judgment
presents the same question as that presented in the cases of
*State ex rel. Samlin* v. *District Court of Custer County*, 59
Mont. 600, 198 Pac. 362, and *State ex rel. Hogue* v. *O'Brien*,
60 Mont. 178, 198 Pac. 1117. Upon the authority of these
cases, the judgment is reversed, and the district court is di-
rected to dismiss the proceeding and order the sheriff to re-
turn the whiskey and articles seized to the defendant and
claimant.

*Reversed.*